Cite as 2024 Ark. 160

# SUPREME COURT OF ARKANSAS
No. CR–24–97

| | |
|---|---|
| JUSTIN MAYS | **Opinion Delivered:** October 24, 2024 |
| APPELLANT | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT [NO. 60CR-21-3881] |
| V. | |
| STATE OF ARKANSAS | HONORABLE KAREN D. WHATLEY, |
| APPELLEE | JUDGE |
| | REMANDED TO SETTLE AND SUPPLEMENT THE RECORD. |

**PER CURIAM**

A Pulaski County Circuit Court jury convicted appellant Justin Mays of one count of capital murder, two counts of terroristic act, and one count of first-degree battery. Mays was sentenced to a term of life imprisonment without the possibility of parole plus a 120-month enhancement, pursuant to Arkansas Code Annotated section 16-90-120(a)−(b) (Repl. 2016), to run consecutively. We remand to settle and supplement the record.

Arkansas Supreme Court Rule 3-4(c)(2) states that when there is a jury trial, the "[v]erdict forms shall be inserted in the record." We have reviewed the record, and the jury-verdict forms are not included in the record of the circuit court proceedings. *See* Ark. Sup. Ct. R. 4-3(a) (requiring this court to conduct an independent review of the record for prejudicial error in life and death cases). Therefore, we must remand this case to settle and supplement the record in accordance with Arkansas Rule of Appellate Procedure−Civil 6(e), as applicable through Arkansas Rule of Appellate Procedure−Criminal 4(a). *See Ross v. State*,

2024 Ark. 70, at 1. Accordingly, Mays has thirty days from the date of this opinion to file a supplemental record with this court. We encourage review of our rules to ensure that no other deficiencies are present.

Remanded to settle and supplement the record.

*James Law Firm*, by: *William O. "Bill" James, Jr.*, and *Drew Curtis*, for appellant.

*Tim Griffin*, Att'y Gen., by: *Michael Zangari*, Ass't Att'y Gen., for appellee.